

Activity in Case 4:09-cr-00339-RAJ USA v. Porras Notice of Appeal - Final Judgment
TXW_USDC_Notice
to:
cmecf_notices
09/07/2010 04:27 PM
Show Details

**10-50849**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Western District of Texas

### Notice of Electronic Filing

The following transaction was entered on 9/7/2010 at 4:26 PM CDT and filed on 9/7/2010
**Case Name:**        USA v. Porras
**Case Number:**   4:09-cr-00339-RAJ
**Filer:**                 Dft No. 1 - Jose Alfredo Porras
**Document Number:** 58

**Docket Text:**
NOTICE OF APPEAL by Jose Alfredo Porras Filing fee $ 455, receipt number 400000922. Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out Form DKT-13 (Transcript Order) and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the Form CJA 24 should also be completed. Both forms are available in the Clerk's Office or by clicking the hyperlinks above. (rl, )

**4:09-cr-00339-RAJ-1 Notice has been electronically mailed to:**

Alan Baum      abaum@udgmail.com

James J. Miller , Jr      jay.miller2@usdoj.gov, betty.ramirez@usdoj.gov, usatxw.ecfal@usdoj.gov

Joseph H. Gay , Jr      Joseph.Gay@usdoj.gov, amber.glascock@usdoj.gov, rita.diaz@usdoj.gov, usatxw.ecfsaappeals@usdoj.gov

Robert A. Leahey      leaheylaw@hotmail.com, bleahey@hotmail.com, eleahey@hotmail.com

Sidney Allen Lyle      sidlyle32@aol.com